UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 15-CR-18-ART-REW-(1) |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ESTEBAN ANDRADE-GUERRERO, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On January 8, 2017, Esteban Andrade-Guerrero filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. R. 84; *see also* R. 87 at 1 n.1. As grounds, Andrade-Guerrero claimed that he had received ineffective assistance of counsel and that his conviction and sentence violated several constitutional amendments. R. 84 at 5–7. The Court referred the motion to Magistrate Judge Robert E. Wier for preparation of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). Because his motion failed to state any facts in support of the asserted grounds for relief, Judge Wier directed Andrade-Guerrero to file a corrected motion or memorandum in support of his motion no later than February 23, 2017. R. 86. That deadline came and went with no response from Andrade-Guerrero.

On March 17, 2017, Judge Wier filed a thoughtful Report and Recommendation ("R&R"), recommending that the Court dismiss Andrade-Guerrero's motion and deny a certificate of appealability. R. 87. Neither Andrade-Guerrero nor the United States has objected to the R&R, and the time for doing so has now passed. *See* 28 U.S.C. § 636(b)(1)

(providing parties with fourteen days to file written objections to a magistrate judge's proposed findings and recommendations); R. 87 at 8 (advising the parties of this deadline).

Accordingly, it is **ORDERED** as follows:

(1) Judge Wier's R&R, R. 87, is **ADOPTED** as the opinion of the Court.

(2) Andrade-Guerrero's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, R. 84, is **DISMISSED**.

(3) A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c); Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

(4) The Court will enter a judgment contemporaneously with this order.

This the 11th day of April, 2017.

Signed By:
*Amul R. Thapar* AT
United States District Judge